UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DAVID P. BARTON, JR.,

            Plaintiff,

                                          No. 3:08-CV-0810

    vs.

                                          (FJS/VEB)

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

---

APPEARANCES:                                       OF COUNSEL

<u>For the Plaintiff</u>

Coughlin, Gerhart Law Firm                 Lars P. Mead, Esq.
19 Chenango Street
PO Box 2039
Binghamton, NY   13902-2039

<u>For the Defendant</u>

Michael J. Astrue, Commissioner of        Jennifer S. McMahon, Esq.
  of Social Security
Office of Regional General Counsel  - Region II
26 Federal Plaza - Room 3904
New York, New York   10278

**FREDERICK J. SCULLIN, JR., S.J.**

## DECISION AND ORDER

      Currently before the Court is Magistrate Judge Victor E. Bianchini's November 23, 2009

Report and Recommendation to which the parties have filed no objections. Having reviewed that Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report and Recommendation of Magistrate Judge Victor E. Bianchini filed November 23, 2009 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court

**ORDERS** that the Commissioner's decision denying disability benefits is **REMANDED** for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

Dated:  December 16, 2009
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge